UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. COLLINS,

       Plaintiff,                            CASE NO. 09-10418

v.                                            PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE

FAURECIA U.S.A. HOLDINGS, INC.        MAGISTRATE MONA K. MAJZOUB
A Delaware Corporation,

       Defendant.
_____/

**<u>ORDER</u>**
**<u>DISMISSING AS FRIVOLOUS PLAINTIFF'S MOTION OF JANUARY 4, 2011</u>**
**<u>TO ENFORCE SETTLEMENT/TO CLARIFY TAXES/FOR ATTORNEY FEES</u>**

On October 28, 2010, the parties signed a settlement agreement of $17,500 "less applicable withholding and any deductions." On November 5, 2010, Defendant Faurecia paid the settlement, less the withheld required taxes and FICA – just as the settlement agreement provided.

On January 4, 2011, Plaintiff filed the instant motion seeking (1) to enforce the settlement agreement that has already been settled, (2) to have this Court provide post judgment tax manipulations, and (3) for attorney fees, no less.

The Court finds this motion to be frivolous. The settlement has been carried out by its terms.

Plaintiff's motion is dismissed as frivolous and vexatious, 28 U.S.C. § 1927.

      SO ORDERED.                     s/Paul D. Borman
                                           PAUL D. BORMAN
                                           UNITED STATES DISTRICT JUDGE

Dated: January 21, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 21, 2011.

                                            s/Denise Goodine
                                            Case Manager